# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

MICHAEL LEE GORDON,

                Petitioner,       :     Case No. 2:25-cv-00433

  - vs -                      District Judge Douglas R. Cole
                              Magistrate Judge Michael R. Merz

UNITED STATES OF AMERICA,

                        :
                Respondent.

## REPORT AND RECOMMENDATIONS

This is a habeas corpus case pursuant to 28 U.S.C. § 2241 brought *pro se* by Petitioner Michael Gordon.  It is before the Court for preliminary review pursuant to Rule 4 of the Habeas Rules.

Upon preliminary review, the Magistrate Judge finds this Court lacks jurisdiction.  As Petitioner himself points out, petitions under 28 U.S.C. § 2241 must be brought in the District where a petitioner is confined (Petition, ECF No. 1-1, PageID 4).  Because Petitioner is confined in Iowa, he must seek relief from the Iowa federal court having territorial jurisdiction of his place of confinement.

It is therefore respectfully recommended the Petition be dismissed without prejudice for lack of personal jurisdiction of the proper respondent.

1

April 25, 2025.

s/ *Michael R. Merz*
United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Because this document is being served by mail, three days are added under Fed.R.Civ.P. 6, but service is complete when the document is mailed, not when it is received.  Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.